IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS ANTONIO SATTERFIELD,        )
                                   )
            Plaintiff,             )
                                   )
    v.                             )   1:22-cv-1147
                                   )
THE CITY OF ROXBORO                )
NORTH CAROLINA, POLICE             )
OFFICERS, and CITY                 )
OFFICIALS,                         )
                                   )
            Defendants.            )

### ORDER

On January 4, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time prescribed by Section 636. Although Plaintiff filed a pro se letter requesting the appointment of counsel, (Doc. 4), that letter raises no objections to the Recommendation.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted. In light of this order adopting the Recommendation and dismissing this action without prejudice, Plaintiff's letter requesting the appointment of counsel will be denied as moot.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED**

that this action be filed, and is hereby, **DISMISSED** without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's letter requesting the appointment of counsel, (Doc. 4), is **DENIED AS MOOT.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of May, 2023.

_____
United States District Judge

-2-

Case 1:22-cv-01147-WO-JLW   Document 6   Filed 05/31/23   Page 2 of 2